

MICHAEL D. SLODOV
mslodov@sessions.legal

September 14, 2016

**VIA ECF**
Judge Roslynn R. Mauskopf
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

    In re: *Maslaton v. Mercantile Adjustment Bureau, LLC,*
    *E.D. N.Y. Case No.* 1:16cv03967-RRM-ST

Dear Judge Mauskopf:

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. represents Defendant Mercantile Adjustment Bureau, LLC in the above-matter.

The parties report that this case has just settled. The parties anticipate exchanging a settlement agreement and it is expected that within 40 days, the agreements will be finalized. Once said agreement is finalized, the parties anticipate submission of a notice of voluntary dismissal of this actions with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

As such, the parties request the Court adjourn scheduling of this matter, pending submission of the notice of voluntary dismissal.

Respectfully,

/s/ Michael D. Slodov
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz
*Counsel for Mercantile Adjustment Bureau, LLC*

cc, via ECF: Adam J. Fishbein, Esq.