UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
MOSHE MASLATON

                                                                                     16 CV 3967 (RRM) (ST)

                     Plaintiff,

      -against-

MERCANTILE ADJUSTMENT BUREAU, LLC

                   Defendant.

-------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed and without costs to either party.


*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:


_____
U.S.D.J.